```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 15190
   KARIN A BROWN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-8323
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/18/06 and confirmed on 02/02/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/31/2008.

   3.  The Debtor paid a total of $   6831.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 17736.59 | .00 | 4854.16 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| LAKE COUNTY TREASURER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 295.44 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 720.20 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11375.05 | .00 | .00 |
| KOHLS | UNSECURED | 418.55 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 204.40 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 301.72 | .00 | .00 |

          Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17736.59 | .00 | 13315.36 | .00 | 31051.95 |
| PRINCIPAL PAID | 4854.16 | .00 | .00 | .00 | 4854.16 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4854.16 | .00 | .00 | .00 | 4854.16 |

The Debtor's attorney, GARY N FOLEY                , was allowed $   2500.00
and was paid $    826.00  direct and $   1674.00  through the plan.

The Trustee received $     302.84 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/09/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```